■ KEVIN HANRAHAN et al., Respondents, v WHITING TURNER CONSTRUCTION, INC., Respondent, and CARMODY CONTRACTING, INC., Appellant. (And a Third-Party Action.) [821 NYS2d 456]— Order, Supreme Court, Bronx County (Kenneth L. Thompson, Jr., J.), entered October 11, 2005, which, inter alia, denied so much of defendant-appellant's cross motion for summary judgment as sought dismissal of plaintiff's common-law negligence claim against it, unanimously affirmed, without costs.

Plaintiff was allegedly injured when he fell over rebar protruding from a ramp under construction. In view of factual questions as to whether defendant-appellant created the complained-of danger by failing to erect barricades around its work site, summary judgment dismissing the common-law negligence cause against it was properly denied. We note that there is also a factual issue as to whether the alleged hazard was open and obvious (*see Juoniene v H.R.H. Constr. Corp.*, 6 AD3d 199 [2004]). Concur—Saxe, J.P., Friedman, Williams, Catterson and Malone, JJ.

■ In the Matter of TREVOR FREDERICK, Petitioner, v RONALD A. ZWEIBEL et al., Respondents. [822 NYS2d 474]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Andrias, J.P., Marlow, Nardelli, Williams and Sweeny, JJ.